IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JANOT JASSIE                          :

                                         :

   v.                                 :   Civil Action No. DKC 15-1682

                                         :

KEITH MARINER                         :

**ORDER**

Pending before the court is a motion filed by Plaintiff requesting an unspecified amount of time to file an opposition in response to Defendant's motion to dismiss Plaintiff's amended complaint, or, in the alternative, for a more definite statement. (ECF No. 16). Defendant's position was not sought or obtained; however, Plaintiff's motion is reasonable and he will be granted an additional 30 days to respond.

Accordingly, it is this 30th day of June, 2015, by the United States District Court for the District of Maryland, ORDERED that:

    1.   Plaintiff's motion for extension of time (ECF No. 16) BE and the same hereby IS GRANTED;

    2.   Plaintiff may have to and including August 6, 2015, to respond to Defendant's motion to dismiss Plaintiff's amended complaint, or, in the alternative, for a more definite statement; and,

3.   The Clerk is directed to transmit a copy of this order to Plaintiff and counsel for Defendant.


                              _____/s/_____
                              DEBORAH K. CHASANOW
                              United States District Judge